UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BYRON CHAPMAN, | Case No. 5:16-cv-02893-EJD |
| Plaintiff, | |
| v. | **PRETRIAL ORDER (JURY)** |
| NJ PROPERTIES INC., | |
| Defendant. | |

The above-entitled action is scheduled for a Trial Setting Conference on May 24, 2018. Based on the parties' Joint Trial Setting Conference Statement, the court has determined an appearance is unnecessary at this time. Accordingly, the Trial Setting Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
| --- | --- |
| Fact Discovery Cutoff | August 23, 2018 |
| Designation of Opening Experts with Reports | July 2, 2018 |
| Designation of Rebuttal Experts with Reports | July 12, 2018 |
| Expert Discovery Cutoff | September 6, 2018 |
| Dispositive Motion Deadline | September 13, 2018 |
| Hearing on Anticipated Dispositive Motion(s) | October 18, 2018 |
| Final Pretrial Conference | 11:00 a.m. on November 1, 2018 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | October 25, 2018 |

| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | October 25, 2018 |
|---|---|
| Trial Exhibits | October 25, 2018 |
| Jury Selection | 9:00 a.m. on November 5, 2018 |
| Jury Trial | 9 a.m.-12 p.m. on November 5, 1:30-4:30 p.m. on November 8, 2018 |
| Jury Deliberations | November 9, 2018 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[1] with regard to all pretrial submissions.

IT IS FURTHER ORDERED that the parties are referred to Magistrate Judge Lloyd for a settlement conference to occur no later than 90 days from the date this order is filed. The parties are instructed to contact Judge Lloyd's Courtroom Deputy to arrange a date and time for the conference.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: May 23, 2018

EDWARD J. DAVILA
United States District Judge

---

[1] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

2

Case No.: 5:16-cv-02893-EJD
PRETRIAL ORDER (JURY)