UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>ELI MUNDO, et al.,<br><br>    Defendants. | Case No. 18-cv-06693-SVK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Edward J. Davila to determine whether it is related to *Chapman v. Mundo's Cafe et al.*, 16-cv-02893-EJD.

**SO ORDERED.**

Dated: November 13, 2018

SUSAN VAN KEULEN
United States Magistrate Judge